UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-22993-CIV-LENARD/WHITE

**KEITH BROWN,**

    Petitioner,

vs.

**WALTER A. McNEIL,**

    Respondent.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE (D.E. 17), DENYING PETITION FOR WRIT OF HABEAS CORPUS (D.E. 1), AND DISMISSING CASE

**THIS CAUSE** is before the Court on the Report and Recommendation of Magistrate Judge Patrick A. White ("Report," D.E. 17), issued on June 12, 2009, recommending that the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 ("Petition," D.E. 1), filed on October 28, 2008, be dismissed. The Report recommends that the Court dismiss the Petition as Petitioner failed to exhaust his claims in state court and he raises no claims for which federal habeas corpus relief is available. The Report further instructed the Parties that they had ten days to file objections. As of the date of this Order, Petitioner has not filed objections or otherwise responded to the Report. Failure to file timely objections shall bar the parties from attacking on appeal the factual findings contained in the report. See Resolution Trust Corp. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993). Based on a review of the Magistrate Judge's Report, the Petition, the related pleadings, and

the record, it is hereby **ORDERED AND ADJUDGED** that:

**1.** The Report and Recommendation of Magistrate Judge Patrick A. White (D.E. 17), issued on June 12, 2009, is **ADOPTED**.

**2.** Consistent with the Report and this Order, Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (D.E. 1), filed on October 28, 2008, is **DENIED**.

**3.** All pending motions not otherwise ruled upon are **DENIED AS MOOT**.

**4.** This case is now **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 14th day of July, 2009.

_____
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**